FILED ___ LODGED
RECEIVED ___ COPY

MAR 13 2007

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY _____ DEPUTY

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| United States of America, | ) | CR 06-280-TUC-RCC |
| Plaintiff, | ) | **ORDER** |
| vs. | ) | |
| Gabriel Lopez-Barraza, | ) | |
| Defendant. | ) | |

The Court has reviewed the Magistrate Judge's Report and Recommendation and Government's Motions to Dismiss Indictment,

**IT IS ORDERED ADOPTING** the Report and Recommendation (#24) and **GRANTING** Government's Motions to Dismiss Indictment (#23 and #26).

**IT IS FURTHER ORDERED** that this case is dismissed without prejudice and the defendant shall be released from custody on this case, FORTHWITH.

DATED this 13th day of March, 2007.

Raner C. Collins
United States District Judge

CC: AUSA-SHARDA, PSA, USM(2 CERT & FAXED), INS, VALADEZ (COPIED)